UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *



FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 9 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                          DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:06-CR-393-KJD-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL BOURASSA | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part

of the Judgment in a Criminal Case (ECF#108), sentencing held on July 30, 2008. Upon

further review of the restitution order in this matter, the specifics needed to complete the order of

restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s)

listed below:

| | |
|---|---|
| ALEX BALENTINE AND MARGARET WHELAN | 8,745.00 |
| ALEXANDER MILLER | 8,495.00 |
| AMANDA JO MONKS | 8,495.00 |
| ANGELA SEABROOK | 22,695.00 |
| ANNETTE AND CHAD DAVIS | 12,495.00 |
| BRITTANY RYAN TODD | 12,495.00 |
| DAVID DEDMAN | 1,000.00 |
| DAVID RYAN | 8,495.00 |
| EHAB ABDESAYED | 8,395.00 |
| FELICIA AND SEAN OTNESS | 21,945.00 |
| HAROLD MILLER | 8,495.00 |
| JOHN KELLY | 4,300.00 |

| | |
|---|---|
| JOSE MUNOZ | 8,495.00 |
| KEVIN ADAMS | 8,495.00 |
| LEONARD CLINE | 2,500.00 |
| LOU ANN VALDEZ | 4,375.00 |
| MARK HURLEY | 8,495.00 |
| MARK SCANLAN | 8,745.00 |
| MICHAEL MARGUET | 12,395.00 |
| PATRICK RAZALAN | 10,875.00 |
| PAUL CHANG | 9,945.00 |
| RICHARD VOGT | 8,495.00 |
| ROSE AND RANDALL KING | 8,495.00 |
| THOMAS VOGEL | 8,000.00 |
| WILLIAM HILDRETH | 500.00 |
| KANWALJEET BAJWA | 8,495.00 |

**Total Amount of Restitution ordered:** $234,355.00

Dated this _____ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE